UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOINNE LITTLEJOHN,

           Plaintiff,

   v.

AMY KERNKAMP, et al.,

           Defendants.

CASE NO. C13-5077 BHS

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING COMPLAINT

This matter comes before the Court on Plaintiff Antoinne Littlejohn's ("Littlejohn") motion to proceed *in forma pauperis* (Dkt. 1) and proposed complaint (Dkt. 1–1).

On February 1, 2013, Littlejohn filed his motion and complaint alleging that certain state actors released "non-conviction information" in violation of his right under the Fourteenth Amendment of the United States Constitution. Dkt. 1.

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the "privilege of pleading *in forma pauperis* . . . in civil actions for damages should be allowed only in exceptional circumstances." *Wilborn v. Escalderon*, 789 F.2d 1328 (9th

1  Cir. 1986). Moreover, the court has broad discretion in denying an application to proceed
2  *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375
3  U.S. 845 (1963).
4        A federal court may dismiss *sua sponte* pursuant to Fed. R. Civ. P. 12(b)(6) when
5  it is clear that the plaintiff has not stated a claim upon which relief may be granted. *See*
6  *Omar v. Sea Land Serv., Inc.*, 813 F.2d 986, 991 (9th Cir. 1987) ("A trial court may
7  dismiss a claim *sua sponte* under Fed. R. Civ. P. 12(b)(6) . . . . Such a dismissal may be
8  made without notice where the claimant cannot possibly win relief.").
9        In this case, Littlejohn has failed to show that he is entitled to proceed *in forma*
10 *pauperis* or has failed to state an adequate claim for relief. With regard to his claim,
11 there is no constitutional right to non-disclosure of police incident reports or
12 investigations or a right to damages for the lawful retention of public records. Thus,
13 Littlejohn cannot possibly win relief and has failed to show that exceptional
14 circumstances exist to allow *in forma pauperis* status. Therefore, the Court denies
15 Littlejohn's motion to proceed *in forma pauperis* and dismisses his complaint *sua sponte*
16 for failure to state a claim.
17       **IT IS SO ORDERED.**
18       Dated this 12th day of February, 2013.

BENJAMIN H. SETTLE
United States District Judge